IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>GALE NORTON,<br>Secretary of Interior, <u>et al.</u>,<br><br>    Defendants. | Case No. 1:05-cv-02500-RCL |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Anthony P. Hoang, Martin J. LaLonde, and Jennifer L. Allaire as counsel of record for Defendants in this case.

    Service of all papers on Mr. Hoang, Mr. LaLonde, and Ms. Allaire by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    Additionally, all hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde, and Ms. Allaire should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3150
    Washington, D.C. 20004

    Respectfully submitted this 3rd day of March, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193

*/s/ Martin J. LaLonde*
MARTIN J. LALONDE, IL Bar #6218249

*/s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE, NJ Bar #4419-2002
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20240

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on March 3, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid; telefax; and electronic mail, unless otherwise noted below, on the following counsel:

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C.  20036-3419
Fax: (202) 835-9885

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
Fax: (305) 931-0877

                                                 */s/ Anthony P. Hoang*
                                                 ANTHONY P. HOANG