IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>GALE NORTON,<br>Secretary of Interior, <u>et al</u>.,<br><br>    Defendants. | Case No. 1:05-cv-02500-RCL |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for a 45-day enlargement of time to and including April 19, 2006, within which to file their Answer or otherwise respond to the Complaint. The current filing deadline is March 6, 2006. This motion is Defendants' first such motion. The grounds for Defendants' motion are as follows:

1.    Plaintiff filed this case on December 30, 2005. Pursuant to the Rule 12(3)(B) of the Federal Rules of Civil Procedure, Defendants must answer or otherwise respond to Plaintiff's Complaint by March 6, 2006.

2.    Defendants require the additional time because counsel for Defendants need adequate time to complete preparation of the papers, obtain the appropriate review of the papers at the Department of Justice, the Department of the Interior, and the Department of the Treasury. Undersigned counsel and co-counsel for Defendants have been and continue to be preoccupied with other unrelated litigation, not only in this Court but also in the United States Court of Federal Claims. Additionally, the attorney from the Solicitor's Office for the Department of the Interior who is assigned as primary agency counsel in this case has been busy with unrelated litigation and on

travel.

3.     Undersigned counsel for Defendants contacted counsel for Plaintiff Stuart Mermelstein about this motion on March 3, 2006. Mr. Mermelstein authorized counsel for Defendants to state that Plaintiff does not oppose this motion.

4.     On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case. On the other hand, the denial of this motion will adversely affect the ability of Defendants to prepare adequately the necessary papers for, and to obtain the appropriate review of those papers before, filing in this case.

WHEREFORE, Defendants respectfully requests that its unopposed motion for enlargement of time be granted.

Respectfully submitted this 3rd day of March, 2006,

> SUE ELLEN WOOLDRIDGE
> Assistant Attorney General
>
> /s/ *Anthony P. Hoang*
> ANTHONY P. HOANG, FL Bar #798193
> MARTIN J. LALONDE, IL Bar #6218249
> JENNIFER L. ALLAIRE, NJ Bar #4419-2002
> United States Department of Justice
> Environment and Natural Resources Division
> P. O. Box 663
> Washington, D.C. 20044-0663
> Tel: (202) 305-0241
> Tel: (202) 305-0247
> Tel: (202) 305-0456
> Fax: (202) 353-2021
>
> Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20240

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was served on March 3, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid; telefax; and electronic mail, unless otherwise noted below, on the following counsel:

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C. 20036-3419
Fax: (202) 835-9885

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

                                                  */s/ Anthony P. Hoang*
                                                  ANTHONY P. HOANG