IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05-cv-02500-RCL |
| GALE NORTON, Secretary of Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

# [PROPOSED] ORDER

This matter is before the Court on Defendants' unopposed motion for enlargement of time within which to file an Answer or otherwise respond to the Plaintiff's Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1.  Defendants' unopposed motion for enlargement of time should be and hereby is GRANTED;

2.  Defendants shall have to and including April 19, 2006, within which to file its Answer or otherwise respond to the Plaintiff's Complaint.

SO ORDERED.

Date: _____     _____
                                          Honorable Royce C. Lamberth
                                          UNITED STATES DISTRICT JUDGE

The following counsel should be notified of the entry of this Order:

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C.  20036-3419
Fax: (202) 835-9885

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
Fax: (305) 931-0877

Anthony P. Hoang
Martin J. LaLonde
Jennifer L. Allaire
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Fax: (202) 353-2021