IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TE-MOAK TRIBE OF WESTERN    )
SHOSHONE INDIANS,           )
                            )
     Plaintiff,             )
                            )
     v.                     )    Case No. 1:05cv02500-RCL
                            )
P. LYN SCARLETT,[1]/         )
Acting Secretary of Interior, et al.,    )
                            )
     Defendants.            )
_____)

### [PROPOSED] ORDER

     This matter is before the Court on Defendants' second unopposed motion for enlargement of time within which to file an Answer in this case. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

    1.    Defendants' unopposed motion should be and hereby is GRANTED;

    2.    Defendants shall have to and including April 26, 2006, within which to file their Answer in the case.

     SO ORDERED.

Date: _____      _____

                                  Honorable Royce C. Lamberth
                                  UNITED STATES DISTRICT JUDGE

---

[1]/     P. Lyn Scarlett is the Acting Secretary of the Interior. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, she is automatically substituted for the former Secretary of the Interior, Gale Norton.

The following counsel should be notified of the entry of this Order:

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C.  20036-3419
Fax: (202) 835-9885

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
Fax: (305) 931-0877

Anthony P. Hoang
Martin J. LaLonde
Jennifer L. Allaire
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Fax: (202) 353-2021