UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GALE NORTON,<br>Secretary of the Interior, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2500 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on defendants' unopposed motion [6] for enlargement of time within which to file an Answer or otherwise respond to the Plaintiff's Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby

ORDERED that defendants' unopposed motion for enlargement of time is GRANTED; Defendants shall have to and including April 26, 2006, within which to file its answer or otherwise respond to the plaintiff's complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.