UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 05-2500 (RCL) |
| **P. LYNN SCARLETT,** **Acting Secretary of the Interior, et al.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Defendant P. Lynn Scarlett, has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 27, 2006.