IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:05cv02500-RCL |
| P. LYN SCARLETT, Acting Secretary of Interior, et al., ) ) ) ) | |
| Defendants. ) ) | |

**PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3**

Plaintiff Te-Moak Tribe of Western Shoshone Indians and Defendants respectfully move the Court for a 120-day enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. This joint motion is the parties' first such motion. The parties state the following in support of their motion:

1. Plaintiff filed this case on December 30, 2005. Defendants timely filed the Answer on April 24, 2006.

2. The parties are preparing to embark on settlement discussions in the case. For that reason, they are requesting enlargement of time within which to meet and confer and to file a joint report to the Court, as required by LCvR 16.3. Under the Court's Order, the parties are to meet and confer by May 12, 2006, and to file their LCvR 16.3 report to the Court by May 26, 2006.

2. The parties believe that their discussions may lead to a settlement of the case. Such a settlement would avoid an undue burden on and expense of time, resources, and effort by the Court and the parties. The parties believe that a 120-day enlargement of time within which to comply with the LCvR 16.3 requirements will facilitate their efforts to launch settlement discussions and the

possibility of settlement.

WHEREFORE the parties respectfully request that the Court grant their joint motion and issue an Order as follows:

1. The parties will meet and confer pursuant to LCvR 16.3 on or before September 11, 2006;

2. The parties will file a joint report pursuant to LCvR 16.3 on or before September 25, 2006.

Respectfully submitted this 12th day of May, 2006,

| | |
|---|---|
| */s/ Stuart S. Mermelstein* | */s/ Anthony P. Hoang* |
| JEFFREY M. HERMAN | ANTHONY P. HOANG, FL Bar #798193 |
| STUART S. MERMELSTEIN | MARTIN J. LALONDE, IL Bar #6218249 |
| Herman & Mermelstein, P.A. | E. KENNETH STEGEBY, DC Bar #474127 |
| 18205 Biscayne Boulevard, Suite 2218 | United States Department of Justice |
| Miami, FL 33160 | Environment and Natural Resources Division |
| Tel: (305) 931-2200 | Natural Resources Section |
| Fax: (305) 931-0877 | P.O. Box 663 |
| | Washington, D.C. 20044-0663 |
| ALBERT A. FOSTER | Tel: (202) 305-0241 |
| U.S. Dist. Ct. #464009 | Tel: (202) 305-0247 |
| Dillingham & Murphy, LLP | Tel: (202) 616-4119 |
| 1155 Connecticut Avenue, N.W. | Fax: (202) 353-2021 |
| Suite 1120 | |
| Washington, D.C. 20036 | Attorneys for Defendants |
| Tel: (202) 835-9880 | |
| Fax: (202) 835-9885 | OF COUNSEL: |
| | |
| Attorneys for Plaintiff | STEPHEN SIMPSON |
| | KENNETH DALTON |
| | Office of the Solicitor |
| | United States Department of the Interior |
| | Washington, D.C. 20240 |
| | |
| | TERESA E. DAWSON |
| | Office of the Chief Counsel |
| | Financial Management Service |
| | United States Department of the Treasury |

Washington, D.C. 20227

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3, and [PROPOSED] ORDER was served on May 12, 2006, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C.  20036-3419
Fax: (202) 835-9885

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
Fax: (305) 931-0877

                                                   */s/ Anthony P. Hoang*
                                                   ANTHONY P. HOANG