UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, <br><br>  Plaintiff, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior, et al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-2500 (RCL) |

## ORDER

This matter is before the Court on the parties' joint motion [10] for enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties shall have to and including September 11, 2006, within which to meet and confer pursuant to LCvR 16.3; and

3. The parties shall have to and including September 25, 2006, within which to file their joint report to the Court pursuant to LCvR 16.3.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.