IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TE-MOAK TRIBE OF WESTERN         )
SHOSHONE INDIANS,                )
                                 )
        Plaintiff,               )
                                 )
        v.                       )        Case No. 1:05-cv-02500-RCL
                                 )
DIRK KEMPTHORNE,[1/]             )
Secretary of the Interior, et al.,   )
                                 )
        Defendants.              )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk:

        Please enter the appearance of E. Kenneth Stegeby and withdraw the appearance of Jennifer

L. Allaire as counsel for Defendants in this case.  Anthony P. Hoang and Martin J. LaLonde will

continue to serve as counsel for Defendants.

        Service of all papers on Mr. Stegeby by regular United States Mail should be addressed as

follows:

        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663.

        Service of papers by overnight mail or hand-delivery should be made to the following street

address:

_____

[1/] Dirk Kempthorne is the new Secretary of the Interior. Therefore, pursuant to Fed. R. Civ. P. 25(d)(1), he is automatically substituted for former Secretary Gale A. Norton and previous Acting Secretary P. Lynn Scarlett.

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3205
Washington, D.C.  20004

Mr. Stegeby can be reached at (202) 616-4119 (telephone), (202) 353-2021 (fax), and

kenneth.stegeby@usdoj.gov (electronic mail).

Respectfully submitted this 1st day of June, 2006,

                                        SUE ELLEN WOOLDRIDGE
                                        Assistant Attorney General

                                        s/ *E. Kenneth Stegeby*
                                        E. KENNETH STEGEBY, DC Bar #474127
                                        ANTHONY P. HOANG, FL Bar #798193
                                        MARTIN J. LALONDE, IL Bar #6218249
                                        United States Department of Justice
                                        Environment and Natural Resources Division
                                        P. O. Box 663
                                        Washington, D.C. 20044-0663
                                        Tel: (202) 616-4119
                                        Tel: (202) 305-0241
                                        Tel: (202) 305-0247
                                        Fax: (202) 353-2021


                                        Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20240

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing NOTICE OF SUBSTITUTION

OF COUNSEL was served on June 1, 2006, by Electronic Case Filing or by regular, first-class

United States mail, postage pre-paid; telefax; and electronic mail, unless otherwise noted below, on

the following counsel:

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C.  20036-3419
Fax: (202) 835-9885

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
Fax: (305) 931-0877

*s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY