UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2500 (RCL) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

### ORDER

This matter is before the Court on the parties' second joint motion [13] for enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that:

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties shall have to and including December 11, 2006, within which to meet and confer pursuant to LCvR 16.3; and

3. The parties shall have to and including December 26, 2006, within which to file their joint report to the Court pursuant to LCvR 16.3.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 19, 2006.