IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN ) <br> SHOSHONE INDIANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:05cv02500-JR |

## THIRD JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3

Plaintiff Te-Moak Tribe of Western Shoshone Indians and Defendants respectfully move the Court for a 120-day enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. This joint motion is the parties' third such motion. The parties state the following in support of their motion:

1. Plaintiff filed this case on December 30, 2005. Defendants timely filed the Answer on April 24, 2006.

2. The parties are preparing to embark on settlement discussions in the case. For that reason, they are requesting an enlargement of time within which to meet and confer and to file a joint report and proposed scheduling order with the Court, as required by LCvR 16.3. Under the Court's order, the parties are to meet and confer by December 11, 2006, and to file their LCvR 16.3 report and proposed scheduling order by December 26, 2006.

2. The parties believe that their discussions may lead to a settlement of the case. Such a settlement would avoid an undue burden on and expense of time, resources, and effort by the Court

and the parties. The parties believe that the requested enlargement of time within which to comply with the LCvR 16.3 requirements will facilitate their efforts to launch settlement discussions and the possibility of settlement.

WHEREFORE the parties respectfully request that the Court grant their joint motion and issue an Order as follows:

1. The parties will meet and confer pursuant to LCvR 16.3 on or before April 11, 2007;

2. The parties will file a joint report pursuant to LCvR 16.3 on or before April 25, 2007.

Respectfully submitted this 11th day of December, 2006,

*/s/ Stuart S. Mermelstein*
JEFFREY M. HERMAN
STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

ALBERT A. FOSTER
U.S. Dist. Ct. #464009
Dillingham & Murphy, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C. 20036
Tel: (202) 835-9880
Fax: (202) 835-9885

Attorneys for Plaintiff

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
E. KENNETH STEGEBY, DC Bar #474127
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 616-4119
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury

Washington, D.C.  20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing THIRD JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3, and [PROPOSED] ORDER was served on December 11, 2006, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C.  20036-3419
Fax: (202) 835-9885

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
Fax: (305) 931-0877

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG