IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05cv02500-JR |
| DIRK KEMPTHORNE, Secretary of Interior, <u>et al</u>., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] ORDER

This matter is before the Court on the parties' third joint motion for enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties shall have to and including April 11, 2007, within which to meet and confer pursuant to LCvR 16.3; and

3. The parties shall have to and including April 25, 2007, within which to file their joint report to the Court pursuant to LCvR 16.3.

SO ORDERED.

Date: _____        _____
                                                                              HON. JAMES ROBERTSON
                                                                              United States District Judge

The following counsel should be notified of the entry of this Order:

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL  33160
Fax: (305) 931-0877

Albert A. Foster
DILLINGHAM & MURPHY, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C.  20036
Fax: (202) 835-9885

Anthony P. Hoang
Martin J. LaLonde
Kenneth Stegeby
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Fax: (202) 353-2021