IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:05cv02500-JR |
| DIRK KEMPTHORNE, ) Secretary of the Interior, et al., ) ) | |
| Defendants. ) _____ ) | |

**FOURTH JOINT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF
<u>LOCAL CIVIL RULE 16.3</u>**

Plaintiff Te-Moak Tribe of Western Shoshone Indians and Defendants respectfully move the Court for a 120-day enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. This joint motion is the parties' fourth such motion. The parties state the following in support of their motion:

1. Plaintiff filed this case on December 30, 2005. Defendants timely filed the Answer on April 24, 2006.

2. The parties are preparing to embark on settlement discussions in the case. For that reason, they are requesting an enlargement of time within which to meet and confer and to file a joint report and proposed scheduling order with the Court, as required by LCvR 16.3. On December 11, 2006, the Parties sought until April 11, 2007, to meet and confer and until April 25, 2007, to file their LCvR 16.3 report and proposed scheduling order. After the parties filed that joint motion, this case was reassigned from Judge Royce C. Lamberth to this Court. It does not appear from the docket report for this case that the Court acted on the parties' joint motion.

3.	The parties believe that their discussions may lead to a settlement of the case. Such a settlement would avoid an undue burden on and expense of time, resources, and effort by the Court and the parties. The parties believe that the requested enlargement of time within which to comply with the LCvR 16.3 requirements will facilitate their efforts to launch settlement discussions and the possibility of settlement.

WHEREFORE the parties respectfully request that the Court grant their joint motion and issue an Order as follows:

1.	The parties will meet and confer pursuant to LCvR 16.3 on or before August 9, 2007;

2.	The parties will file a joint report pursuant to LCvR 16.3 on or before August 23, 2007.

Respectfully submitted this 11th day of April, 2007.

| /s/ Stuart S. Mermelstein | /s/ Anthony P. Hoang |
|---|---|
| JEFFREY M. HERMAN | ANTHONY P. HOANG, FL Bar #798193 |
| STUART S. MERMELSTEIN | MARTIN J. LALONDE, IL Bar #6218249 |
| Herman & Mermelstein, P.A. | E. KENNETH STEGEBY, DC Bar #474127 |
| 18205 Biscayne Boulevard, Suite 2218 | United States Department of Justice |
| Miami, FL 33160 | Environment and Natural Resources Division |
| Tel: (305) 931-2200 | Natural Resources Section |
| Fax: (305) 931-0877 | P.O. Box 663 |
| | Washington, D.C. 20044-0663 |
| ALBERT A. FOSTER | Tel: (202) 305-0241 |
| U.S. Dist. Ct. #464009 | Tel: (202) 305-0247 |
| Dillingham & Murphy, LLP | Tel: (202) 616-4119 |
| 1155 Connecticut Avenue, N.W. | Fax: (202) 353-2021 |
| Suite 1120 | |
| Washington, D.C. 20036 | Attorneys for Defendants |
| Tel: (202) 835-9880 | |
| Fax: (202) 835-9885 | OF COUNSEL: |
| | |
| Attorneys for Plaintiff | KENNETH DALTON |
| | Office of the Solicitor |
| | United States Department of the Interior |
| | Washington, D.C. 20240 |

        RACHEL HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227