IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DIRK KEMPTHORNE,  )<br>Secretary of the Interior, et al.,  )<br>)<br>Defendants.  )<br>_____) | Case No. 1:05cv02500-JR |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' motion for enlargement of time within which to file a motion for remand and for extension of the temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ORDERED that

1. Defendants' motion should be and hereby is GRANTED.

2. Defendants shall have to and including August 10, 2007, to file a motion for remand in this case.

3. The temporary stay of all proceedings in this case (issued by the Court on July 2, 2007) shall be extended at least until August 10, 2007.

4. In the event that Defendants file a remand motion in this case on August 10, 2007, this case shall be consolidated with the other Tribal trust accounting cases in which Defendants file a remand motion, for the limited purpose of briefing and deciding the remand motion, and all proceedings in the case shall be further stayed until after the remand motion has been decided.

SO ORDERED.

Date: _____                    _____
                                                                                    HON. JAMES ROBERTSON
                                                                                    United States District Court Judge