IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TE-MOAK TRIBE OF WESTERN  
SHOSHONE INDIANS, on their own behalf  
and on behalf of all others similarly situated,

      Plaintiff,

vs.

DIRK KEMPTHORNE, et al.  
SECRETARY OF THE INTERIOR,  
U.S. Department of the Interior  
1849 C Street, N.W.  
Washington, D.C. 20240

    -and-

JOHN W. SNOW  
SECRETARY OF THE TREASURY,  
U.S. Department of the Treasury  
1500 Pennsylvania Avenue, N.W.  
Washington, D.C. 20220

      Defendants.

_____/

CASE NO: 1:05-cv-02500-RCL

## PLAINTIFF'S STATUS REPORT

Plaintiff, Te-Moak Tribe of Western Shoshone Indians, by and through undersigned counsel, files this Plaintiff's Status Report pursuant to the Court's Order dated December 19, 2007, and states as follows:

1. Plaintiff filed this action for declaratory judgment and an accounting pertaining to the Defendants' fiduciary duties and trust obligations, on December 30, 2005.[1] Since the filing of this action, it has been the parties intent to engage in settlement

---

[1] Plaintiff's Complaint contains class action allegations. Subsequent to the filing of this Complaint, attorneys with the Native American Rights Fund filed a case on behalf of

discussions. This case was not at any point administratively terminated. The parties filed their Fourth Joint Motion for Enlargement of Time within which to comply with the Local Civil Rule 16.3 requirements on April 7, 2007. That motion was granted, and the parties were provided until August 9, 2007 to meet and confer pursuant to LCvR 16.3, and until August 23, 2007 to file a joint report. This Court's stay order dated July 2, 2007 superseded these scheduled dates.

## Proposal for Further Proceedings

2. Plaintiff wishes to continue this case on a settlement track. Plaintiff believes that discussions toward this end may lead to a settlement of this case, thereby avoiding the undue burden and expense of time, resources and effort by the Court and the parties.

3. Plaintiff proposes that, for this purpose, the parties be provided until May 19, 2008 to meet and confer pursuant to LCvR 16.3, and until June 2, 2008 to file a joint report and proposed scheduling order.

Respectfully submitted this 18th day of January, 2008,

     /s/ Albert A. Foster, Jr.

ALBERT A. FOSTER, JR.
D.C. Bar No. 464009
Dillingham & Murphy, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C. 20036
Tel: (202) 835-9880
Fax: (202) 835-9885

---

various tribes likewise seeking class action status. Nez Perce Tribe v. Kempthorne, case no. 06-5539 (JR). Plaintiff in this action defers to the Nez Perce case as the appropriate vehicle for the litigation of class issues relating to the Defendants' tribal trust obligations.

JEFFREY M. HERMAN, ESQ.
jherman@hermanlaw.com
STUART S. MERMELSTEIN, ESQ.
ssm@hermanlaw.com
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, Florida 33160
Telephone (305) 931-2200
Facsimile: (305) 931-0877
www.hermanlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Anthony P. Hoang
anthony.hoang@usdoj.gov

Martin J. Lalonde
martin.lalonde@usdoj.gov

Erik Kenneth Stegeby
kenneth.stegeby@usdoj.gov

/s/ Albert A. Foster, Jr.

L:\INDIAN CLAIMS 1798.001\Land Claims\TE-MOAK TRIBE\Pltfs Status Report.doc