IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:05-cv-02500-RCL |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF PETER K. TOMPA, ESQUIRE

COMES NOW the Plaintiff Te-Moak Tribe of Western Shoshone and notes the appearance of Peter K. Tompa, Esq., as local counsel in this matter. Effective April 1, 2008, Peter K. Tompa's contact information will be as follows:

> Peter K. Tompa
> Bailey & Ehrenberg, PLLC
> 1155 Connecticut Avenue, NW
> Suite 1100
> Washington, D.C. 20036
> T: (202) 331 - 4150
> F: (202) 318 - 7071
> Email: pkt@becounsel.com

        Respectfully submitted,

        Yankton Sioux Tribe
        By Counsel

        _____/s/_____
        Peter K. Tompa
        DC Bar No.: 413752
        Dillingham & Murphy, LLP
        1155 Connecticut Ave, NW, #1120
        Washington, DC  20036
        Telephone:  (202) 835-9880
        Fax:  (202) 835-9885
        pkt@dillinghammurphy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Anthony P. Hoang
**anthony.hoang@usdoj.gov**

**Martin J. Lalonde**
**martin.lalonde@usdoj.gov**

**Erik Kenneth Stegeby**
**kenneth.stegeby@usdoj.gov**